UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* **

| | |
|---|---|
| ROBERT M. DRUMMOND, | ) |
| Plaintiff, | ) CASE NO.: 2:14-CV-01243-RCJ-GWF |
| v. | ) O R D E R |
| INYO COUNTY FAMILY SUPPORT, | ) |
| Defendant. | ) |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #3) entered on September 17, 2014, in which the Magistrate Judge recommends dismissal of this action for failure to comply with the Court Order (#2). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #3),

IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, the Clerk of the Court shall close this case.

IT IS SO ORDERED this 4th day of November, 2014.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE